AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA  LaBAR)                    20-065

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DAVID ELMAKAYES | ) | Case No.   20-1026 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____JUNE 3, 2020____ in the county of ____PHILADELPHIA____ in the ____Eastern____ District of ____Pennsylvania____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 844(i). | Maliciously damaging property used in interstate commerce by means of an explosive. |
| Title 18, United States Code, Section 922(g)(1). | Felon in possession of a firearm. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

s/ David L. O'Brien
*Complainant's signature*

ATF Special Agent David L. O'Brien
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____06/17/2020____

s/ Marilyn Heffley
*Judge's signature*

City and state: ____Philadelphia, PA.____

U.S. Magistrate Judge Marilyn Heffley
*Printed name and title*